**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

RUTH A. ARNOLD,

                Plaintiff,

-vs-                                                  Case No. 2:10-cv-745-FtM-36SPC

ANDRE DALLEMAND, MIRACIA
DALLEMAND,

                Defendants.
_____

**ORDER**

This matter comes before the Court on the Plaintiff, Ruth A. Arnold's Motion for Clerk's Default (Doc. #8) filed on January 19, 2011. Under Fed. R. Civ. P. 55(a), default is justified "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise appear by affidavit or otherwise, the clerk shall enter the party's default."

The Complaint (Doc. # 1) was filed in this case on December 13, 2010. The Defendants were properly served with the Summons and Complaint on December 28, 2010. Under Fed. R. Civ. P. 12, the Defendants had up to and including January 18, 2011, to file an answer or otherwise respond to the Complaint. To date, the Defendants have failed to respond.

Accordingly, it is now

**ORDERED:**

The Plaintiff, Ruth A. Arnold's Motion for Clerk's Default (Doc. #8) is **GRANTED**. The Clerk of the Court is hereby directed to issue a Clerk's Default against the Defendants Andre and Miracia Dallemand.

**DONE AND ORDERED** at Fort Myers, Florida, this   24th   day of January, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record